No. 17,134.

INTERNATIONAL TRUST COMPANY, AS EXECUTOR
OF THE ESTATE OF MCLAUGHLIN
v. MORRISON.
(270 P. [2d] 764)

Decided May 10, 1954.   Rehearing denied June 1, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

MESSRS. MCDOUGAL, KLINGSMITH & ROGERS, for plaintiff in error.

Mr. ROBERT G. SMITH, for defendant in error.